FILED
3/3/25 10:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 25-20364 |
| Daniel G. Ondike, ) | Chapter 13 |
|    Debtor. ) | |
| ) | Related Dkt. No.11 |
| Daniel G. Ondike, ) | |
|    Movant. ) | |
| ) | |
|       v. ) | |
| ) | |
| AHN, AHN Emergency Group of Jefferson, LTD, ) | |
| AHN- Jefferson, Allegheny Clinic Radiology, ) | |
| Allegheny Health Network, American Express, ) | |
| Apple Card / GS Bank USA, Baldwin Emergency ) | |
| Medical Services, Baldwin Emergency Medical ) | |
| Services, Bank of America, Cardiovascular Disease ) | |
| Specialists of Pgh, CB Indigo / CCI, Credit ) | |
| Management Company, Credit Management ) | |
| Company, Credit One Bank, Feb Destiny / CCI, ) | |
| Mid America Bank & Trust Company, Mohela / ) | |
| Dept of Ed, Nationwide Recovery Systems, Ltd., ) | |
| Navient, OLLO/CWS, PA State Employees Credit ) | |
| Union, Pharmerica, Phoenix Financial Services, ) | |
| PNC Bank, N.A., Prosper Marketplace Inc., Real ) | |
| Diagnostics, Receivables Outstanding, Inc. (ROI), ) | |
| Santander, Sofi Lending Group, SYNCB / Amazon ) | |
| Upstart Network Inc / Fin, US Acute Care, US ) | |
| Acute Care Solutions, USCB Corporation, Xfinity, ) | |
| and Ronda J. Winnecour, Trustee, ) | |
|    Respondent. ) | |

ORDER OF COURT

AND NOW, on this ___3rd___ day of ___March___, 2025 upon consideration of the application of Daniel G. Ondike for Extension of Time to Complete Filing Requirements. It is hereby ORDERED, ADJUDGED, and DECREED that the motion is Granted.

The complete filing requirements are due on March 10, 2025. No further extensions Granted.

Dated: 3/3/25

_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20364-GLT |
| Daniel G Ondike | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Mar 03, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel G Ondike, 2450 Webster Avenue, West Mifflin, PA 15122-3571 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 05, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor SoFi Lending Corp blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Franklin L. Robinson, Jr. | on behalf of Debtor Daniel G Ondike frobi69704@aol.com flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5