# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
| Daniel Ondike                          | Personnel Number..... 00535890
| 2450 Webster Avenue                    | Transportation Pyrl Area 2
| West Mifflin PA  15122                 | Pay Period.. 12/23/2023 - 01/05/2024
|                                        | Fed Tax Status: Married
|                                        | Fed Tax Allowances: 00   Period: 02/2024
| B/U:B2    Group:06    Level:16         |
```

| Pay Date   | Payment Amount = | Gross    + | Reim.  - | Taxes   - | Deds.  |
|------------|------------------|------------|----------|-----------|--------|
| 01/19/2024 | 1,749.31       = | 2,662.50 + | 0.00   - | 503.89  - | 409.30 |

| Gross Current Pay        | Rate  | Hrs/Unt | Amount   | Year To Date |
|--------------------------|-------|---------|----------|--------------|
| Normal working hours     | 35.50 | 46.50   | 1,650.75 | 3,816.25     |
| Annual Leave Pay         | 35.50 | 9.50    | 337.25   | 692.25       |
| Paid-Office Closing      | 35.50 | 4.00    | 142.00   | 284.00       |
| Holiday/Comp lieu Holiday| 35.50 | 15.00   | 532.50   | 532.50       |
| Total Gross              |       |         | 2,662.50 | 5,325.00     |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal            Federal | | |
| TX Withholding Tax | 192.38 | 384.76 |
| TX EE Social Security Tax | 161.50 | 323.00 |
| TX EE Medicare Tax | 37.77 | 75.54 |
| State              Pennsylvania | | |
| TX Withholding Tax | 81.74 | 163.48 |
| TX EE Unemployment Tax | 1.87 | 3.73 |
| Local              Collier Township | | |
| TX Local Services Tax | 2.00 | 4.00 |
| Local              West Mifflin Borough | | |
| TX Withholding Tax | 26.63 | 53.26 |
| EE Taxes | 503.89 | 1,007.77 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| Health Care FSA | 57.69 | 115.38 |
| Deferred Compensation | 125.00 | 250.00 |
| Supplemental Life Ins | 9.59 | 19.18 |
| Short Term Dis Ins | 13.61 | 27.22 |
| ACBA Fed Cr Union | 37.00 | 74.00 |
| Full Cov Class AA/Cat 0 | 166.41 | 332.82 |
| Total Deductions | 409.30 | 818.60 |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Daniel Ondike                              |Personnel Number..... 00535890
|2450 Webster Avenue                        |Transportation Pyrl Area 2
|West Mifflin PA   15122                    |Pay Period.. 01/04/2025 - 01/17/2025
|                                           |Fed Tax Status: Married
|                                           |Fed Tax Allowances: 00   Period: 03/2025
|B/U:B2     Group:06    Level:18            |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | 1,840.25 = | 2,837.25 | + | 0.00 | - | 534.06 | - | 462.94 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 37.83 | 72.00 | 2,723.76 | 7,384.50 |
| Annual Leave Pay | 37.83 | 3.00 | 113.49 | 150.48 |
| Paid-Office Closing | | | | 295.92 |
| Holiday/Comp lieu Holiday | | | | 554.85 |
| Total Gross | | | 2,837.25 | 8,385.75 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 200.50 | 587.32 |
| TX EE Social Security Tax | 173.52 | 512.76 |
| TX EE Medicare Tax | 40.58 | 119.92 |
| State          Pennsylvania | | |
| TX Withholding Tax | 87.10 | 257.44 |
| TX EE Unemployment Tax | 1.99 | 5.87 |
| Local          Collier Township | | |
| TX Local Services Tax | 2.00 | 6.00 |
| Local          West Mifflin Borough | | |
| TX Withholding Tax | 28.37 | 83.85 |
| EE Taxes | 534.06 | 1,573.16 |

| Deductions | Amount | Year To Date |
|---|---|---|
| Health Care FSA | 38.46 | 115.38 |
| Deferred Compensation | 175.00 | 525.00 |
| Supplemental Life Ins | 20.28 | 60.84 |
| Short Term Dis Ins | 14.87 | 44.61 |
| ACBA Fed Cr Union | 37.00 | 111.00 |
| Full Cov Class AA/Cat 0 | 177.33 | 524.11 |
| Total Deductions | 462.94 | 1,380.94 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Daniel Ondike                          |Personnel Number..... 00535890
|2450 Webster Avenue                    |Transportation Pyrl Area 2
|West Mifflin PA  15122                 |Pay Period.. 01/18/2025 - 01/31/2025
|                                       |Fed Tax Status: Married
|                                       |Fed Tax Allowances: 00   Period: 04/2025
|B/U:B2    Group:06    Level:18         |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 02/14/2025 | 1,843.42 = | 2,837.25 | + | 0.00 | - | 529.88 | - | 463.95 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 37.83 | 58.00 | 2,194.14 | 9,578.64 |
| Annual Leave Pay | 37.83 | 9.50 | 359.39 | 509.87 |
| Paid-Office Closing | | | | 295.92 |
| Holiday/Comp lieu Holiday | 37.83 | 7.50 | 283.72 | 838.57 |
| Total Gross | | | 2,837.25 | 11,223.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal        Federal | | |
| TX Withholding Tax | 196.31 | 783.63 |
| TX EE Social Security Tax | 173.53 | 686.29 |
| TX EE Medicare Tax | 40.58 | 160.50 |
| State          Pennsylvania | | |
| TX Withholding Tax | 87.10 | 344.54 |
| TX EE Unemployment Tax | 1.99 | 7.86 |
| Local          Collier Township | | |
| TX Local Services Tax | 2.00 | 8.00 |
| Local          West Mifflin Borough | | |
| TX Withholding Tax | 28.37 | 112.22 |
| EE Taxes | 529.88 | 2,103.04 |

| Deductions | Amount | Year To Date |
|---|---|---|
| Health Care FSA | 38.46 | 153.84 |
| Deferred Compensation | 175.00 | 700.00 |
| Supplemental Life Ins | 20.95 | 81.79 |
| Short Term Dis Ins | 15.21 | 59.82 |
| ACBA Fed Cr Union | 37.00 | 148.00 |
| Full Cov Class AA/Cat 0 | 177.33 | 701.44 |
| Total Deductions | 463.95 | 1,844.89 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |