**Form 224**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Daniel G Ondike**
  Debtor(s)

Bankruptcy Case No.: 25−20364−GLT

Chapter: 13
Docket No.: 14 − 6, 12

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **February 14, 2025** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **3/10/2025** and failure to meet that deadline would result in the dismissal of the case.

As of **March 12, 2025,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: March 12, 2025

Gregory L Taddonio
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                Case No. 25-20364-GLT

Daniel G Ondike                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                    User: auto                                                          Page 1 of 3

Date Rcvd: Mar 12, 2025                                      Form ID: 224                                        Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel G Ondike, 2450 Webster Avenue, West Mifflin, PA 15122-3571 |
| 16501022 | | AHN Emergency Group of Jefferson, LTD, PO Box 19021, Belfast, ME 04915-4085 |
| 16501024 | + | AHN- Jefferson, 550 Coal Valley Road, Clairton, PA 15025-3704 |
| 16501025 | | Allegheny Clinic Radiology, PO Box 1198, Somerset, PA 15501-0336 |
| 16501029 | | Baldwin Emergency Medical Services, 1400 Lebanon Church Road, Pittsburgh, PA 15236-1455 |
| 16501030 | + | Baldwin Emergency Medical Services, PO Box 18230, Pittsburgh, PA 15236-0230 |
| 16501033 | + | Cardiovasular Disease Specialists of Pgh, 575 Coal Valley Road, Clairton, PA 15025-3730 |
| 16501046 | | Pharmerica, PO Box 3475, Toledo, OH 43607-0475 |
| 16501050 | | Real Diagnostics, RealTox Labs LLC, 200 Business Center Drive, Reisterstown, MD 21136-1230 |
| 16501051 | + | Receivables Outstanding, Inc. (ROI), PO Box 549, Lutherville Timonium, MD 21094-0549 |
| 16501053 | + | Sofi Lending Group, P.O. Box 77404, Trenton, NJ 08628-6404 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Mar 13 2025 00:27:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16501020 | ^ | MEBN | Mar 13 2025 00:21:32 | AHN, PO Box 645904, Pittsburgh, PA 15264-5257 |
| 16501026 | ^ | MEBN | Mar 13 2025 00:21:32 | Allegheny Health Network, PO Box 645904, Pittsburgh, PA 15264-5257 |
| 16501027 | + | Email/PDF: bncnotices@becket-lee.com | Mar 13 2025 01:16:42 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 16501028 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 13 2025 00:27:00 | Apple Card / GS Bank USA, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 16501032 | + | EDI: BANKAMER | Mar 13 2025 04:15:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 16501034 | + | EDI: PHINGENESIS | Mar 13 2025 04:15:00 | CB Indigo / CCI, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 16501035 | | Email/Text: bdsupport@creditmanagementcompany.com | Mar 13 2025 00:28:00 | Credit Management Company, Foster Plaza Building 7, 661Andersen Dri, Suite 110, Pittsburgh, PA 15220, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 16501036 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 13 2025 00:28:00 | Credit Management Company, Foster Plaza Building 7, 661 Anderson Drive, Suite 110, Pittsburgh, PA 15220-2700 |
| 16501037 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 13 2025 01:16:32 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 16501038 | + | EDI: PHINGENESIS | | |

Case 25-20364-GLT  Doc 20  Filed 03/14/25  Entered 03/15/25 00:31:38  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2025 | Form ID: 224 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 13 2025 04:15:00 | Feb Destiny / CCI, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 16501040 | | Email/Text: ml-ebn@missionlane.com | Mar 13 2025 00:27:00 | Mission Lane Tab Bank, P.O. Box 105286, Atlanta, GA 30348 |
| 16501041 | | Email/Text: EBN@Mohela.com | Mar 13 2025 00:27:00 | Mohela / Dept of Ed, 633 Spirit Dr., Chesterfield, MO 63005 |
| 16501042 | | Email/Text: parasn@armanagementgroup.com | Mar 13 2025 00:27:00 | Nationwide Recovery Systems, Ltd., 501 Shelley Drive, Suite 300, Tyler, TX 75701 |
| 16501043 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 13 2025 01:16:34 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 16501044 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 13 2025 01:15:06 | OLLO/CWS, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 16501045 | + | EDI: G2RSPSECU | Mar 13 2025 04:15:00 | PA State Employees Credit Union, 1500 Elmerton Avenue, Harrisburg, PA 17110-2990 |
| 16501045 | + | Email/Text: bankruptcynotices@psecu.com | Mar 13 2025 00:28:00 | PA State Employees Credit Union, 1500 Elmerton Avenue, Harrisburg, PA 17110-2990 |
| 16501047 | | Email/Text: info@phoenixfinancialsvcs.com | Mar 13 2025 00:27:00 | Phoenix Financial Services, 8902 Otis Avenue, Suite 103A, Indianapolis, IN 46216-1077 |
| 16501048 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 13 2025 00:27:00 | PNC Bank, N.A., P.O. Box 5580, Cleveland, OH 44101 |
| 16501049 | | Email/Text: ProsperBK@prosper.com | Mar 13 2025 00:27:00 | Prosper Marketplace Inc., 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 16508144 | + | EDI: G2RSPSECU | Mar 13 2025 04:15:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 16508144 | + | Email/Text: bankruptcynotices@psecu.com | Mar 13 2025 00:28:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 16501054 | + | EDI: SYNC | Mar 13 2025 04:15:00 | SYNCB / Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 16501054 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 01:15:14 | SYNCB / Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 16501052 | + | Email/Text: DeftBkr@santander.us | Mar 13 2025 00:27:00 | Santander, 450 Penn Street, Reading, PA 19602-1011 |
| 16501056 | ^ | MEBN | Mar 13 2025 00:21:49 | US Acute Care, PO Box 9820, Pompano Beach, FL 33075-0820 |
| 16501058 | | Email/Text: bankruptcy@uscbcorporation.com | Mar 13 2025 00:27:00 | USCB Corporation, 761 Scranton Carbondale, Eynon, PA 18403 |
| 16501055 | + | EDI: LCIUPSTART | Mar 13 2025 04:15:00 | Upstart Network Inc / Fin, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 16501059 | + | EDI: COMCASTCBLCENT | Mar 13 2025 04:15:00 | Xfinity, 676 Island Pond Road, Manchester, NH 03109-5420 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | SoFi Lending Corp |
| 16501021 | | AHN |
| 16501023 | | AHN- Jefferson |
| 16501031 | | Bank of America NA |
| 16501039 | | Mid America Bank & Trust Company |
| 16501057 | | US Acute Care Solutions |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 12, 2025 | Form ID: 224 | Total Noticed: 38 |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor SoFi Lending Corp blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Franklin L. Robinson, Jr. | on behalf of Debtor Daniel G Ondike frobi69704@aol.com flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5