Certificate Number: 15317-PAW-DE-039449801

Bankruptcy Case Number: 25-20364



15317-PAW-DE-039449801

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 17, 2025, at 9:11 o'clock AM PDT, Daniel Ondike completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: March 17, 2025

By: /s/Marvin Dela Cruz

Name: Marvin Dela Cruz

Title: Credit Counselor