Certificate Number: 15317-PAW-DE-039449801

Bankruptcy Case Number: 25-20364


15317-PAW-DE-039449801

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 17, 2025</u>, at <u>9:11</u> o'clock <u>AM PDT</u>, <u>Daniel Ondike</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>March 17, 2025</u>              By:     <u>/s/Marvin Dela Cruz</u>

                                        Name:   <u>Marvin Dela Cruz</u>

                                        Title:  <u>Credit Counselor</u>