FILED
3/14/25 4:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO.:25-20364-GLT |
| Daniel G. Ondike, ) | CHAPTER 13 |
|    Debtor, ) | |
| ) | Related Dkt. No. 19 |
| Daniel G. Ondike, ) | |
|    Movant, ) | |
| ) | |
|    vs. ) | |
| ) | |
| AHN, AHN Emergency Group of Jefferson, AHN- ) | |
| Jefferson, Allegheny Clinic Radiology, Allegheny ) | |
| Health Network, American Express, Apple Card ) | |
| GS Bank USA, Baldwin Emergency Medical Srv. ) | |
| Bank of America NA, Bank of America, Cardiovas-) | |
| ular Disease Specialists of Pgh, CB Indigo / CCI ) | |
| Credit Management Company, Credit One Bank ) | |
| Mid America Bank & Trust Company, Mission ) | |
| Mohela / Dept of Ed, Nationwide Recovery Systems) | |
| , Ltd., Navient, OLLO/CWS, PA State Employees ) | |
| Credit Union, Pharmerica, Phoenix Financial Srv ) | |
| PNC Bank, N.A., Prosper Marketplace Inc., Real ) | |
| Diagnostics, Receivables Outstanding, Inc. (ROI) ) | |
| Santander, Sofi Lending Group, SYNCB/Amazon ) | |
| Upstart Network Inc. / Fin, US Acute Care, US ) | |
| Acute Care Solutions, USCB Corporation, Xfinity ) | |
| Ronda J. Winnecour, Trustee ) | |
|    Respondents. | |

ORDER OF COURT

AND NOW, on this __14th__ day of __March__, 2025 upon consideration of the Debtors Motion For Reconsideration of Order of Court dated 3-12-2025 Dismissing the case. It is hereby ADJUDGED, DECREED and ORDERED that the Order of Court dated 3-12-2025 Dismissing the case is hereby vacated. It is further ADJUDGED, DECREED, and ORDERED that the above-captioned case is hereby REOPENED and the case is REINSTATED.

BY THE COURT,

Dated: 3/14/25

_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20364-GLT |
| Daniel G Ondike | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Mar 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel G Ondike, 2450 Webster Avenue, West Mifflin, PA 15122-3571 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2025             Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor SoFi Lending Corp blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Franklin L. Robinson, Jr. | on behalf of Debtor Daniel G Ondike frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5