IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Daniel G Ondike : Bankruptcy No. 25-20364
: Chapter 13
      Debtor :
:
: Document No.
Movant :
:
    v. :
:
:
Respondent (if none, then "No Respondent") :

## NOTICE OF PAYMENT CHANGE OF ADDRESS

Undeliverable Payment Address:

    Creditor Name: Santander Bank, N.A.

    Incorrect Address: PO Box 847051
                         Boston, MA 02284-7051

Corrected Payment Address:

    Creditor Name: Santander Bank, N.A.

    Correct Address: PO Box 847105
                        Boston, MA 02284-7105

Dated   01/20/2026

                                                 Electronic Signature of Debtor(s)' Attorney

                                                 /s/Melissa A. Epler

                                                 **Typed Name**

                                                 Melissa A. Epler

                                                 Address

                                                 10 Commons Boulevard
                                                 MC: PA-WYO-CP3
                                                 Reading, PA 19605

                                                 Phone No.

                                                 484-512-3552

                                                 Bar I.D. and State of Admission

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  
Daniel G Ondike

Chapter #13  
Case No. 25-20364  
Honorable Gregory L Taddonio

Debtor

_____/

## CERTIFICATE OF SERVICE

     I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on January 20, 2026, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

     Signed under the penalties of perjury, this 20th day of January 2026.

     /s/Melissa A. Epler  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
10 Commons Blvd., MC:PA-WYO-CP3  
Reading, PA 19605  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Daniel G Ondike  
2450 Webster Avenue  
West Mifflin, PA 15122

VIA ECF  
Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219

Office of the United States Trustee  
1000 Liberty Avenue  
Suite 1316  
Pittsburgh, PA 15222

Franklin L. Robinson, Jr.  
frobi69704@aol.com